CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY       1211-0
ALLISON M. MIZUO       7619-0
NEILL T. TSENG           8088-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
Fax: (808) 540-5040
Email: jportnoy@cades.com

Attorneys for Defendants
EXTEX LTD., LLC and
EXTEX INVESTORS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| TINA HOLLIDAY, et al., | CIVIL NO. 05-00194DAE-LEK |
| Plaintiffs, | |
| vs. | |
| EXTEX, et al., | |
| Defendants. | |

| | |
|---|---|
| TIMOTHY HOLLIDAY, et al. | CIVIL NO. 05-00299DAE-LEK |
| Plaintiffs, | |
| vs. | |
| EXTEX, et al., | |
| Defendants. | |
| MARLETTE E. THOMAS, et al. | CIVIL NO. 05-00319DAE-LEK |
| Plaintiffs, | |
| vs. | |
| K&S HELICOPTERS, INC., et al., | |
| Defendants. | |

### FINDINGS AND RECOMMENDATION THAT DISMISSAL BE ENTERED, AND ORDER GRANTING DEFENDANTS EXTEX LTD., LLC AND EXTEX INVESTORS, INC.'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT OF CLAIMS FILED APRIL 6, 2006

WHEREAS Defendants EXTEX LTD., LLC and EXTEX INVESTORS, INC. filed their Motion for Finding of Good Faith Settlement of Claims (the "Motion") on April 6, 2006;

WHEREAS there was no opposition to the Motion;

WHEREAS the Court finds the Motion suitable for disposition without a hearing pursuant to Rule 7.2(d) of the Local Rules of Practice for the United States District Court for the District of Hawai`i and Haw. Rev. Stat. § 663-15.5(b);

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that Defendants EXTEX LTD., LLC and EXTEX INVESTORS, INC.'s Motion for Finding of Good Faith Settlement of Claims is GRANTED. The Court finds that the settlement between Plaintiffs in Civil No. 05-00319 DAE LEK and Defendants EXTEX LTD., LLC and EXTEX INVESTORS, INC. was in good faith pursuant to Haw. Rev. Stat. § 663-15.5. The Court hereby recommends that Plaintiffs' claims against Defendants EXTEX LTD., LLC and EXTEX INVESTORS, INC. in Civil No. 05-00319 DAE LEK be dismissed with prejudice.

The Court further recommends that the cross claims filed by and against Defendants EXTEX LTD., LLC and EXTEX INVESTORS, INC. be dismissed with prejudice pursuant to Haw. Rev. Stat. § 663-15.5(d).

DATED AT HONOLULU, HAWAI'I, May 31, 2006.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

---

Tina Holliday, et al. vs. Extex, et al.; Civil No. 05-00194 DAE-LEK
Timothy Holliday, et al. vs. Extex, et al.; Civil No. 05-00299 DAE-LEK
Marlette Thomas, etc., et al., vs. K&S Helicopters, Inc., et al.; Civil No. 05-00319 DAE-LEK
**FINDINGS AND RECOMMENDATION THAT DISMISSAL BE ENTERED, AND ORDER GRANTING DEFENDANTS EX TEX LTD., LLC and EXTEX INVESTORS, INC.'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT OF CLAIMS**
I-manageDB:651687.1