AYABE, CHONG, NISHIMOTO,
    SIA & NAKAMURA
A Limited Liability Partnership

CALVIN E. YOUNG    3278-0
STEVEN L. GOTO    6041-0
GARY S. MIYAMOTO  3233-0
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii  96813-3429
Telephone: (808) 537-6119
Facsimile:  (808) 526-3491
Email:  calvin.young@hawadvocate.com
Email:  steven.goto@hawadvocate.com
Email:  gary.miyamoto@hawadvocate.com

Attorneys for Defendant
JOSEPH ZAREMBA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TINA HOLLIDAY, et al., | CIVIL NO. 05-00194 DAE-LEK |
| | (Airplane Product Liability) |
| Plaintiffs, | FINDINGS AND RECOMMENDATIONS THAT DISMISSAL BE ENTERED AND |
| vs. | ORDER GRANTING DEFENDANT JOSEPH ZAREMBA'S RENEWED MOTION FOR FINDING OF GOOD |
| EXTEX, et al., | FAITH SETTLEMENT OF CLAIMS FILED BY (1) TINA HOLLIDAY, INDIVIDUALLY, AND AS SPECIAL |
| Defendants. | ADMINISTRATOR FOR THE ESTATE OF RUSSELL HOLLIDAY, AND AS NEXT FRIEND FOR HER MINOR |
| | [CAPTION CONTINUED] |
| | CHILDREN, CHEYANNE HOLLIDAY |

|  |  |
|---|---|
|  | ) AND AUSTIN HOLLIDAY IN CIVIL |
|  | ) NO. 05-00194 DAE-LEK; AND BY (2) |
|  | ) TIMOTHY HOLLIDAY AND |
|  | ) DARLENE HOLLIDAY IN CIVIL NO. |
|  | ) 05-00299 DAE-LEK |
|  | ) FILED JANUARY 10, 2007 |
| _____ | ) |
| TIMOTHY HOLLIDAY, et al., | ) CIVIL NO. 05-00299 DAE-LEK |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| EXTEX, et al., | ) |
|  | ) |
| Defendants. | ) |
| _____ | ) |

[2003471/323995]

# FINDINGS AND RECOMMENDATIONS THAT DISMISSAL BE ENTERED AND ORDER GRANTING DEFENDANT JOSEPH ZAREMBA'S RENEWED MOTION FOR FINDING OF GOOD FAITH SETTLEMENT OF CLAIMS FILED BY (1) TINA HOLLIDAY, INDIVIDUALLY, AND AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF RUSSELL HOLLIDAY, AND AS NEXT FRIEND FOR HER MINOR CHILDREN, CHEYANNE HOLLIDAY AND AUSTIN HOLLIDAY IN CIVIL NO. 05-00194 DAE-LEK; AND BY (2) TIMOTHY HOLLIDAY AND DARLENE HOLLIDAY IN CIVIL NO. 05-00299 DAE-LEK FILED JANUARY 10, 2007

Whereas Defendant Joseph Zaremba filed his Renewed Motion for

Finding of Good Faith Settlement of Claims Filed By: (1) Tina Holliday,

Individually, And As Special Administrator for the Estate of Russell Holliday, And

As Next Friend For Her Minor Children, Cheyanne Holliday And Austin Holliday

In Civil No. 05-00194 DAE-LEK; And By (2) Timothy Holliday And Darlene

2

Holliday In Civil No. 05-00299 DAE-LEK (hereinafter "Motion") on January 10, 2007.

Whereas there was no opposition to the Motion;

Whereas the Court finds this Motion suitable for disposition without a hearing pursuant to Rule 7.2(d) of the Local Rules of Practice for the United States District Court for the State of Hawaii and Haw. Rev. Stat. §663-15.5(b);

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that Defendant Joseph Zaremba's Renewed Motion for Finding of Good Faith Settlement of Claims Filed By: (1) Tina Holliday, Individually, And As Special Administrator for the Estate of Russell Holliday, And As Next Friend For Her Minor Children, Cheyanne Holliday And Austin Holliday In Civil No. 05-00194 DAE-LEK; And By (2) Timothy Holliday And Darlene Holliday In Civil No. 05-00299 DAE-LEK is GRANTED.  The Court finds that the settlement of Plaintiffs' claims against Defendant Joseph Zaremba in *Tina Holliday et al. v. Extex et al.*, Civil No. 05-00194 DAE-LEK (hereinafter "Civil No. 05-00194"), and *Timothy Holliday et al. v. Extex et al.*, Civil No. 05-00299 DAE-LEK ("hereinafter "Civil No. 05-00194") was in good faith pursuant to Haw. Rev. Stat. §663-15.5.  The Court hereby recommends that Plaintiffs' claims against Defendant Joseph Zaremba in Civil No. 05-00194 and Civil No. 05-00299 be dismissed with prejudice.

3

The Court also recommends that the cross-claims filed by and against Defendant Joseph Zaremba in Civil No. 05-00194 DAE-LEK and Civil No. 05-00299 DAE-LEK be dismissed with prejudice pursuant to Haw. Rev. Stat. §663-15.5(d).

DATED:  Honolulu, Hawai`i, February 9, 2007.



　　　　　　　　　　　　　　　　 /S/ Leslie E. Kobayashi
　　　　　　　　　　　　　　　　Leslie E. Kobayashi
　　　　　　　　　　　　　　　　United States Magistrate Judge

---

Tina Holliday, et al. vs. Extex, et al.,  Civil No. 05-00194 DAE-LEK   Civil No. 05-00299 DAE-LEK
Findings and Recommendations that Dismissal be Entered and Order Granting  Defendant Joseph Zaremba's Renewed Motion for Finding of Good Faith Settlement of Claims Filed by (1) Tina Holliday, Individually, and as Special Administrator for the Estate Of Russell Holliday, and as Next Friend for Her Minor Children, Cheyanne Holliday and Austin Holliday in Civil No. 05-00194 Dae-Lek; and by (2) Timothy Holliday and Darlene Holliday in Civil No. 05-00299 Dae-Lek Filed January 10, 2007